PROB 12B
(7/93)

Report Date: March 9, 2006

# United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 14 2006

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: James Irvin Purdy                    Case Number: 2:04CR02116-001

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen

Date of Original Sentence: 12/15/2004                  Type of Supervision: Supervised Release

Original Offense: Possession of Firearm by             Date Supervision Commenced: 10/27/2005
Prohibited Person, 18 U.S.C. § 922(g)(1)

Original Sentence: Prison - 18 Months; TSR - 36        Date Supervision Expires: 10/26/2008
Months

---

### PETITIONING THE COURT

To modify the conditions of supervision as follows:

14    You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

15    You shall undergo a substance abuse evaluation and, if indicated, enter into and successfully complete an approved substance abuse treatment program, including aftercare. You shall contribute to the cost of treatment according to your ability. You shall allow full reciprocal disclosure between the supervising probation officer and treatment provider.

### CAUSE

The offender released from custody to begin a 3-year term of supervised release on October 27, 2005. On March 3, 2006, the offender met the probation officer and admitted he used methamphetamine. The offender agreed to a modification of his conditions to include urine testing and substance abuse treatment. No presentence report was prepared in this case, however, the offender appears to have a substance abuse history, which needs to be addressed. The offender has indicated he is amenable to treatment and requests an opportunity to participate in an appropriate program.

The probation officer respectfully requests the Court take judicial notice of the violation behavior and order the indicated modifications. The offender has signed a waiver which is enclosed for the Court's review.

Prob 12B
**Re: Purdy, James Irvin**
**March 9, 2006**
**Page 2**

by  Respectfully submitted,

_____
Kevin Crawford
U.S. Probation Officer
Date: March 9, 2006

---

## THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

_____
Signature of Judicial Officer

3/14/06
Date